**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted April 26, 2005
Decided November 17, 2005

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

No. 05-2134

MICHAEL L. SHAKMAN and PAUL
M. LURIE,

    *Plaintiffs-Appellees,*

       v.

CITY OF CHICAGO,

    *Defendant-Appellant.*

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division.

No. 69 C 2145

Wayne R. Andersen, *Judge.*

ORDER

The judgment of the district court is vacated and the case is remanded to the district court for further proceedings consistent with our opinion in *Shakman v. City of Chicago,* 426 F.3d 925 (7th Cir. 2005).  The parties shall bear their own costs in this court.